AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**DEBORAH GAINER,**

              Plaintiff

V.

**COMMISSIONER OF SOCIAL SECURITY,**

              Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 08-1376(SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

It is hereby **ORDERED** on this 13th day of JUNE, 2008 that the application is:

**X** GRANTED, and the Clerk is directed to file the Complaint, and

   It is further ORDERED that the clerk shall

   __ Issue summon(es); and

   _____ The United States Marshal to serve a copy of the Complaint (and Amended Complaint), Summons(es) and this Order upon the defendant(s) as directed by the plaintiff. All costs shall be advanced by the United States;

   **X** Plaintiff is to serve a copy of the Complaint (and Amended Complaint), Summons(es) and this Order upon the defendants(s), pursuant to the Rules;

   ___ DENIED, for the following reasons.

s/ SUSAN D. WIGENTON, U.S.D.J.