RALPH J. MARRA, JR.
Acting United States Attorney
Newark, New Jersey

Ellen E. Sovern
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 225
Fax: (212) 264-6372
ellen.sovern@ssa.gov

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

-------------------------------------------------- x
DEBORAH GAINER,                                    :     **Hon. Susan D. Wigenton**
                                                   :
            Plaintiff,                             :
                                                   :     **Civil Action No. 08-cv-01376**
                                                   :
COMMISSIONER OF                                    :
SOCIAL SECURITY,                                   :     **CONSENT ORDER FOR PAYMENT**
                                                   :     **OF ATTORNEY FEES UNDER EAJA**
            Defendant.                             :
-------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA)(28 U.S.C. § 2412) in the amount of $5,946.25 in fees in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA,

AND, the Court having reviewed the record in this matter;

IT IS on this 1st day of June 2009;

ORDERED that plaintiff be awarded fees and costs under EAJA in the amount of $5,946.25 in fees, and that payment of said fee award be made directly to plaintiff's attorney, James Langton, Esq., and it is further;

ORDERED that the within matter is dismissed with prejudice.

_____  
Susan D. Wigenton, Judge  
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RALPH J. MARRA, JR.  
Acting United States Attorney  
Attorney for Defendant

By: /s/ Ellen E. Sovern  
_____  
Ellen E. Sovern  
Special Assistant U.S. Attorney

_____  
James Langton  
Attorney for Plaintiff